# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLENIUM, INC.,<br>v.<br>Plaintiff(s)<br><br>SW DISTRIBUTION, INC.,<br>Defendant(s) | CASE NUMBER:<br><br>CV21-09050-AB-(AFMx)<br><br>MOTION RE: INFORMAL DISCOVERY CONFERENCE |

Magistrate Judge Alexander F. MacKinnon has scheduled an informal telephone conference on Wednesday, May 18, 2022 at 3:00pm regarding a discovery dispute. Call-in information has been provided to the parties via email.

Dated: MAY 17, 2022

By: _____
Deputy Clerk