UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.  CV 21-09050-AB-(AFMx)                                Date: May 18, 2022

Title     MILLENIUM INC. v SW DISTRIBUTION, INC.

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

| Ilene Bernal | Recorded on XTR |
|---|---|
| Deputy Clerk | Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gordon Gray | Michael Cohen |

**Proceedings:  HRG: TELEPHONE CONFERENCE RE DISCOVERY**
              **(ECF #27)**

Telephone conference held regarding discovery issues.

:20

**Initials of Preparer**   ib