UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:21-09050-AB-AFMxDate:  November 10, 2022

Title  Millenium Inc. v. SW Distribution Inc.

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause re Discovery Motion**

On November 9, 2022, plaintiff filed a Motion to Compel Discovery Responses (ECF No. 29) and noticed a hearing on the motion for December 6, 2022.  Pursuant to the District Judge's Scheduling Order, the non-expert discovery cut-off is December 9, 2022, and discovery motions must be filed sufficiently in advance of the cut-off date to allow time for responses to be obtained before that date if the motion is granted. (ECF No. 22 at 3-5.)  Given that the Motion to Compel is noticed for hearing only three days before the cut-off date, plaintiff is ordered to show cause why the Motion should not be denied as untimely based on the Scheduling Order.  Plaintiff shall file its response to this OSC no later than November 15, 2022.

IT IS SO ORDERED.

:
**Initials of Preparer**     ib