Mandour & Associates, APC
Joseph A. Mandour, III (SBN 188896)
Email: jmandour@mandourlaw.com
Gordon E. Gray (SBN 175209)
Email: ggray@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for plaintiff,
Millenium Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Millenium Inc., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SW Distribution Inc., a California corporation, d/b/a Millennium Distribution, Inc.,<br><br>Defendant. | Civil Case No. 2:21-cv-09050-AB-AFM<br><br>**PLAINTIFF'S MILLENIUM INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISCOVERY MOTION (ECF. No. 30)**<br><br>Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Hon. Alexander F. MacKinnon<br><br>**BEFORE MAGISTRATE JUDGE** |

\\

\\

\\

1    Plaintiff Millennium Inc. will and hereby does respond to the Order to Show
2  Cause re: Discovery Motion of Magistrate Judge Alexander F. MacKinnon as
3  follows:
4    1.  Plaintiff's Motion to Compel was filed on November 9, 2022 and sets a
5  hearing on December 6, 2022 in compliance with L.R. 37-1 and the Magistrate's
6  assigned day for civil motion hearings.  ECF No. 29.
7    2.  Plaintiff acknowledges that discovery is set to close on December 9,
8  2022.
9    3.  Plaintiff's Motion to Compel largely concerns completing the
10 defendant's final production of documents.   During its informal conference before
11 the Magistrate, counsel for the parties agreed that defendant should produce
12 documents and that such documents are ordinary to plaintiff's claims, particularly
13 damages.
14    4.  Concurrent with conducting discovery, the parties have attempted to
15 schedule the mandatory ADR with the mediator in anticipation of the deadline to
16 conduct ADR set for January 27, 2023.   Defendants' counsel has represented that it
17 was ready to produce all responsive documents prior to any mediation.
18    5.  Defendant returned its portion of the Joint Stipulation for the Motion to
19 Compel and concurrently produced some but not all responsive documents.  The
20 remaining documents are generally revenue documents (profit and loss statements
21 and/or sales invoices) relating to plaintiff's claim of damages.  Such documents can
22 easily be produced prior to the close of discovery on December 9 as they are kept in
23 the ordinary course of business.
24 \\
25 \\
26 \\
27 \\
28 \\

6. Based on the foregoing, plaintiff respectfully requests, the Motion to Compel be heard as scheduled on December 6, 2022.

                    Respectfully submitted,

                    MANDOUR & ASSOCIATES, APC

Dated: November 14, 2022

                    /s/ Ben T. Lila
                    Ben T. Lila (SBN 246808)
                    Email: blila@mandourlaw.com
                    Attorneys for Plaintiff,
                    Millenium Inc.

# **CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I filed the foregoing:

## **PLAINTIFF'S MILLENIUM INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISCOVERY MOTION (ECF. No. 30)**

with the Court's CM/ECF electronic filing system which will provide notice to the parties

Dated: November 14, 2022

                                                                             /s/ Ben T. Lila
                                                                             Ben T. Lila

Civil Case No. 2:21-cv-9050-AB-AFM
PLAINTIFF'S MILLENIUM INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISCOVERY MOTION (ECF. No. 30)

- 4 -