UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:21-09050-AB-AFMx                                         Date:  November 15, 2022

Title   Millenium Inc. v. SW Distribution Inc.

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**  Order
                            **(1) Discharging Order to Show Cause;**
                            **(2) Setting Briefing Schedule and Hearing**

The Court finds that plaintiff's response (ECF No. 31) is sufficient to discharge the order to show cause (ECF No. 30).  Defendant shall file its opposition to the motion to compel on or before November 22, 2022.  In the opposition, in addition to addressing the substantive issues, defendant may argue the motion to compel is untimely or otherwise procedurally improper.  Any reply shall be filed on or before November 28, 2022.  A hearing on the motion to compel shall take place on December 1, 2022 at 1 p.m. in courtroom #780 of the Roybal Federal Building.

IT IS SO ORDERED.

Initials of Preparer     :  ib